# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 2:16-CR-100-JVB-JEM |
| | ) | |
| LAWRENCE JOHNSON, | ) | |
| Defendant. | ) | |

**FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY BY DEFENDANT LAWRENCE JOHNSON**

TO: THE HONORABLE JOSEPH S. VAN BOKKELEN,
UNITED STATES DISTRICT COURT

Upon Defendant Lawrence Johnson's request to enter a plea of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge John E. Martin on October 11, 2016, with the consent of Defendant Johnson, counsel for Defendant Johnson, and counsel for the United States of America.

The hearing on Defendant Johnson's plea of guilty was in full compliance with Federal Rule of Criminal Procedure 11 before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Defendant Johnson under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant Johnson,

I **FIND** as follows:

(1) that Defendant Johnson understands the nature of the charge against him to which the plea is offered;

(2) that Defendant Johnson understands his right to trial by jury, to persist in his plea of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses, and his right against compelled self-incrimination;

(3) that Defendant Johnson understands what the maximum possible sentence is, including the effect of the supervised release term, and Defendant Johnson understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by Defendant Johnson has been knowingly and voluntarily made and is not the result of force or threats or of promises;

(5) that Defendant Johnson is competent to plead guilty;

(6) that Defendant Johnson understands that his answers may later be used against him in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant Johnson's plea; and further,

I **RECOMMEND** that the Court accept Lawrence Johnson's plea of guilty to the offenses charged in Count 1 of the Indictment and that Defendant Johnson be adjudged guilty of the offenses charged in Count 1 of the Indictment and have a sentence imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Defendant Johnson be adjudged guilty, sentencing before Judge Joseph S. Van Bokkelen will be set at a later date by separate order. Objections to the Findings and Recommendation are waived unless filed and served within fourteen (14) days. *See* 28 U.S.C. § 636(b)(1).

So ORDERED this 11th day of October, 2016.

s/ John E. Martin<br>
MAGISTRATE JUDGE JOHN E. MARTIN<br>
UNITED STATES DISTRICT COURT

cc: All counsel of record
     Honorable Joseph S. Van Bokkelen