# United States District Court
# Northern District of Indiana
# Hammond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 2:16-CR-100 JVB |
| LAWRENCE JOHNSON | |

## ORDER

This matter is before the Court on the findings and recommendations of the Magistrate Judge filed on October 11, 2016, on a plea of guilty by Defendant Lawrence Johnson (DE 19). No objections have been filed to Magistrate Judge Martin's findings and recommendations. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** the guilty plea of Defendant Lawrence Johnson, and **FINDS** the Defendant guilty of the offense charged in Court 1 of the indictment.

SO ORDERED on November 1, 2016.

s/ Joseph S. Van Bokkelen  
Joseph S. Van Bokkelen  
United States District Judge